**Fill in this information to identify your case:**

Debtor 1 **Billy Joe Johnson**
First Name    Middle Name    Last Name

Debtor 2 **Krista Leann Johnson**
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **ORNL FCU**<br>Description of property securing debt: **2017 Chevrolet Silverado 20,000 miles Vin No. 1GCVKPEH4HZ299037** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]: **Debtors will continue to make payments** | ■ No<br>☐ Yes |
| Creditor's name: **Private National Mortgage**<br>Description of property securing debt: **212 Railroad Street Lake City, TN 37769  Anderson County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]: **Debtors will continue to make payments** | ☐ No<br>■ Yes |
| Creditor's name: **Professional Finance Services**<br>Description of property: **2015 Nissan Quest 88,000 miles Vin No. JN8AE2KP3F9125420** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]: | ■ No<br>☐ Yes |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1

| Debtor 1 | **Billy Joe Johnson** | | |
|---|---|---|---|
| Debtor 2 | **Krista Leann Johnson** | Case number (*if known*) | |

securing debt: **Debtors will continue to make payments**

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X | **/s/ Billy Joe Johnson** | X | **/s/ Krista Leann Johnson** |
|---|---|---|---|
| | **Billy Joe Johnson**<br>Signature of Debtor 1 | | **Krista Leann Johnson**<br>Signature of Debtor 2 |
| Date | **May 30, 2019** | Date | **May 30, 2019** |

# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Tennessee

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: |
| | * | |
| **Billy Joe Johnson,** | * | |
| and | * | CHAPTER: **7** |
| **Krista Leann Johnson,** | * | |
| | * | |
| Debtors | * | |

## **CERTIFICATE OF SERVICE**

I certify that on this day, I served the following parties with a copy of the "Debtors' Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

| | | |
|---|---|---|
| U.S. Trustee's Office<br>Howard H. Baker, Jr., U.S. Courthouse<br>800 Market Street Ste 114<br>Knoxville, TN 37902 | Billy & Krista Johnson<br>212 Railroad Street<br>Rocky Top, TN 37769 | Charles Braden<br>704 High Avenue<br>Lake City TN 37769 |
| ORNL FCU<br>PO Box 365<br>Oak Ridge TN 37831 | Private National Mortgage<br>PO Box 514387<br>Los Angeles CA 90051 | Professional Finance Services<br>PO Box 811<br>Spartanburg SC 29304 |

Dated: 5/31/2019

/s/ Zachary S. Burroughs 025896
/s/ Joseph D. McReynolds 028229
Zachary S. Burroughs 025896,
Joseph D. McReynolds 028229
Attorneys for Debtors
Clark & Washington, PC
408 S. Northshore Drive
Knoxville, TN 37919
865-281-8084